**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRENDON W. MAX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:20-CV-379 NCC |
| | ) | |
| TERI LAWSON, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Petitioner has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis in this habeas corpus action brought pursuant to 28 U.S.C. § 2254. Petitioner will be allocated twenty-one (21) days to do so. Failure to file the motion to proceed in forma pauperis or pay the $5 filing fee will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail petitioner a copy of the Court's motion to proceed in forma pauperis – habeas cases.

**IT IS FURTHER ORDERED** that petitioner must either pay the $5 filing fee or submit a motion for leave to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

Dated this 27th day of March, 2020.

　　/s/ Noelle C. Collins　　　　　　
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE